IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00027-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MICHAEL JAMES SEATON,

       Defendant.

## MICHAEL SEATON'S NOTICE RE: VOLUNTARY MEDICATION

Defendant Michael James Seaton, by and through the Office of the Federal Public Defender and undersigned Assistant Federal Public Defender Shira Kieval, hereby files this Notice regarding voluntary medication.

At the conclusion of the hearing on the government's *Sell* motion on February 21, the Court asked Mr. Seaton whether he would be willing to take medication voluntarily, and he said that he would. Thereafter, the government withdrew its *Sell* motion, in anticipation that Mr. Seaton would return to the federal medical facility at Springfield for four months and take medication voluntarily.

Since that hearing, Mr. Seaton has made clear to counsel that he does not wish to return to the medical facility at Springfield, and he does not wish to be placed under the care of Dr. Preston-Baecht or Dr. Sarrazin. Because of this, he is unwilling to agree to voluntarily take psychotropic medication in a custodial setting. Although he may well be returned to the care of those doctors at Springfield – either because the government could renew its *Sell* motion and win, or because the government could move for him to be returned for a dangerousness

evaluation and win - he continues to hold fast to his decision. Michael Seaton has asked that his position be communicated to the Court.

If asked again by counsel or the Court in person, he may momentarily agree to take medication in that setting. However, counsel anticipates that he will quickly change his mind again, as he has in the past. Therefore, undersigned counsel is notifying the Court and the government that it is Mr. Seaton's position that he will not agree to take psychotropic medication, voluntarily, in a custodial setting. If the government renews its *Sell* motion as previously argued, then counsel agrees that the Court can rule on that motion based on prior briefing and the evidence presented at the February 21 hearing. If the government makes new argument, then counsel requests the opportunity to respond.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        s/Shira Kieval
        SHIRA KIEVAL
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        shira.kieval@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Andrea Surratt, AUSA
Email: andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Michael James Seaton        (via Mail)
Reg. No. 44560-013
c/o Federal Detention Center

                                                s/Shira Kieval
                                                SHIRA KIEVAL
                                                Assistant Federal Public Defender
                                                633 17th Street, Suite 1000
                                                Denver, CO  80202
                                                Telephone:  (303) 294-7002
                                                FAX:  (303) 294-1192
                                                shira.kieval@fd.org
                                                Attorney for Defendant